534. MACON, DUBLIN & SAVANNAH RAILROAD CO. v. WOOD.

HILL, C. J.   A mule grazing in a field thirty or forty feet from the rail-
   road track suddenly ran on the track, a few feet in front of an engine
   and cars running thirty miles an hour.   On seeing the mule approach-
   ing the track, the engineer, according to his undisputed testimony, did·
   everything in his power to avoid killing or injuring the mule, but his
   efforts were unavailing.   *Held,* that the killing of the mule was an
   unavoidable accident, and the verdict against the railroad company was
   without evidence to support it.                  *Judgment reversed.*

Action for damages, from city court of Dublin—Judge Burch.
May 13, 1907.

   Argued October 22,—Decided December 9, 1907.
   *Minter Wimberly, Akerman & Akerman,* for plaintiff in error.
   *W. C. Davis,* contra.